In the Matter of JESSICA LEIGH MARSH, Appellant, v JASON MICHAEL HARDY, Respondent. [953 NYS2d 543]—Appeal from an order of the Family Court, Oneida County (Brian M. Miga, J.H.O.), entered April 8, 2011 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, awarded primary physical custody of the parties' child to respondent.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Smith, Centra, Lindley and Whalen, JJ.